

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-18-00362-CR
02-18-00363-CR

ALEXIS BOTELLO, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1376941D, 1376957D

---

### ORDER

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals of State's Exhibits No. 1 (911 Call), State's Exhibit No. 10 (Walmart Video (unredacted), State's Exhibit No. 79 (Defendant's Interview), and State's Exhibit No. 80 (Defendant's Interview (unredacted) to this court no later than **Thursday, September 19, 2019**.

The exhibits will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated September 12, 2019.

Per Curiam